

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2017

No. 04-17-00291-CV

Roberto Avila **RODRIGUEZ**,
Appellant

v.

**PANTHER EXPEDITED SERVICES INC**., Amigo Staffing, Inc., Dicex International, Inc.,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT001668 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

The Appellant's Second Unopposed Motion to Extend Time for Filing Brief is GRANTED. The appellant's brief is due on August 4, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk